■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CRUZ, Appellant. [659 NYS2d 741] —Judgment, Supreme

Court, New York County (Edwin Torres, J.), rendered July 18, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

Under the applicable standards (*People v Martinez*, 82 NY2d 436), the courtroom was properly closed during the undercover detectives' testimony. The *Hinton* hearing testimony "established the necessary spatial and temporal relationship among the courthouse, the location of the defendant's arrest, and the anticipated geographic location of [their] future investigative work" (*People v Brown*, 214 AD2d 438, 439, *lv denied* 86 NY2d 791). Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.